**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANK FOX RACHO, | No. 06-74197 |
| Petitioner, | Agency No. A035-565-746 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009[**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Frank Fox Racho, a native and citizen of the Philippines, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JTK/Research

immigration judge's ("IJ") decision denying his application for cancellation of removal for legal permanent residents.  We dismiss the petition for review.

We lack jurisdiction to review the discretionary denial of cancellation of removal.  *See* 8 U.S.C. § 1252(a)(2)(B)(i).  Racho's contention that the IJ improperly weighed the evidence in determining the equities of his case does not amount to a colorable constitutional claim.  *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**